IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | ( |
| Christopher Heaney | ( Bankr. Case No.: 24-10848-MMH |
| Debtor(s) | ( (Chapter 7) |

**NOTICE OF FILING OF**
**MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY**

    PLEASE TAKE NOTICE that Zvi Guttman, Trustee for the captioned Debtor, has filed a Motion for Approval of Compromise of Controversy (the "Motion").  A copy of that Motion is attached hereto. Notice is further given that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

    Notice is further given that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice with the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned and upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed Order and sale without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

    Persons requiring further information should communicate with the undersigned.

Dated: June 27, 2024

<u>/s/ Zvi Guttman</u>
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, MD 21282
<u>Zvi@zviguttman.com</u>
(410) 580-0500 (Phone)
(410) 580-0700 (Fax)

**Counsel to the Trustee**