Entered: July 15th, 2024
Signed: July 15th, 2024
**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| | ( | |
| Christopher T. Heaney | ( | Bankr. Case No.: 24-10848-MMH |
| | ( | |
| Debtor(s) | ( | (Chapter 7) |
| | ( | |

**CONSENT ORDER GRANTING**
<u>**MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY**</u>

Upon consideration of the *Motion for Approval of Compromise of Controversy* (the "Motion") seeking to compromise a controversy between Zvi Guttman, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Christopher T. Heaney (the "Debtor") on the one hand and Dr. Kimberly Neutze Heaney ("Dr. Neutze-Heaney") on the other hand,

AND IT APPEARING THAT:

1. Among the scheduled assets of the Debtor is improved residential real property known as 298 Henderson Road, Bel Air, MD 21014 (respectively, the "Property" and the Debtor's, the Estate's, and the Trustee's right, title, and interest in and to the Property along with any "incidental property" thereon (see 11 U.S.C. §

101(27B)) collectively hereinafter, the "Heaney Property").

    2.    The Property is jointly owned by the Debtor and Dr. Neutze-Heaney as tenants in common.

    3.    Dr. Neutze-Heaney filed Proof of Claim No. 5 in this case in the amount of $110,500 (the "Claim") with the stated basis of the Claim, "Co-Tenant Contribution Claim."

    4.    The Debtor's claim of exemption in the Property has by prior Order of this Court [Dkt. 20] been fixed at $2,743.68.

    5.    The Trustee has agreed to convey the Heaney Property to Dr. Neutze-Heaney in exchange for (a) $35,000 and (b) a release of the Claim as against the Estate.

AND the Trustee having represented that in the exercise of his reasonable business judgment the compromise described in the Motion and set forth herein should be consummated, and for good cause shown B

NOW THEREFORE it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that:

A. Within ten (10) days following final entry of this Order Dr. Neutze Heaney shall pay, and the Trustee is authorized to accept, the sum of $35,000 in full and final payment for the Property.

B. Although entry of this Order alone shall transfer and convey the Property to Dr. Neutze Heaney free and clear of the interest of the Debtor, the Estate, and the Trustee, the Trustee is authorized to execute any document effecting or memorializing such transfer such as a no warranty, trustee's, or quitclaim deed in favor of Dr. Neutze Heaney.

C. Dr. Neutze Heaney shall be entitled to record a copy of this Order or a deed or other document executed by the Trustee to evidence the conveyance and transfer authorized herein in the Land Records of Harford

       County and the Clerk of the Land Records for Harford County, Maryland shall accept said document for recordation among the Land Records of Harford County.

D.     Dr. Neutze Heaney shall have no administrative, secured, priority, or unsecured claim against the Bankruptcy Estate and shall receive no any distribution from the Bankruptcy Estate. Upon entry of this Order, Proof of Claim No.: 5 shall be deemed withdrawn and of no force and effect.

E.     At the time or before the Trustee makes a final distribution in this case he shall remit $2,743.68 to the Debtor is full and final payment and satisfaction of his interest in the Heaney Property.

F.     The Trustee is authorized to take any and all other actions and execute any and all other documents necessary and appropriate to effectuate and consummate the terms of this compromise.

CONSENTED TO:

| | |
|---|---|
| */s/ Zvi Guttman* | /s/ Thomas G. Harrison |
| Zvi Guttman (06902) | Thomas G. Harrison (24015) |
| The Law Offices of Zvi Guttman, P.A. | The Law Offices of Thomas G. Harrison P.C. |
| Post Office Box 32308 | 30 E. Pennsylvania Avenue, Rear Building |
| Baltimore, Maryland 21282 | Bel Air, MD 21014 |
| (410) 580-0500 Phone | 410-420-7888 office |
| (410) 580-0700 Fax | 410-836-7602 fax |
| Zvi@ZviGuttman.Com | tghpclaw@gmail.com |
| **Counsel to the Trustee** | **Counsel to Dr. Neutze Heaney** |

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

Page **3** of 4

**Suggested Distribution List**

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Christopher T. Heaney
419 Denton Way
Abingdon, MD 21009

Thomas G. Harrison, Esq.
The Law Offices of Thomas G. Harrison P.C.
30 E. Pennsylvania Avenue, Rear Building
Bel Air, MD 21014

Eric S. Steiner, Esq.
Steiner Law Group, LLC
P.O. Box 17598
Pmb 83805
Baltimore, MD 21297

Dr. Kimberly Neutze Heaney
298 Henderson Road
Bel Air, MD 21014

**END OF ORDER**