United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-10848-MMH |
| Christopher T. Heaney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 15, 2024 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Heaney, 419 Denton Way, Abingdon, MD 21009-2059 |
| | + | Dr. Kimberly Neutze Heaney, 298 Henderson Road, Bel Air, MD 21014-2594 |
| | + | Thomas G. Harrison, Esq., The Law Offices of Thomas G. Harrison P., 30 E. Pennsylvania Avenue, Rear Building, Bel Air, MD 21014-3744 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 15 2024 19:17:00 | Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com |

TOTAL: 2

Entered: July 15th, 2024
Signed: July 15th, 2024
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | ( |
| | ( |
| Christopher T. Heaney | (    Bankr. Case No.: 24-10848-MMH |
| | ( |
| Debtor(s) | (           (Chapter 7) |
| | ( |

**CONSENT ORDER GRANTING
<u>MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY</u>**

Upon consideration of the *Motion for Approval of Compromise of Controversy* (the "Motion") seeking to compromise a controversy between Zvi Guttman, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Christopher T. Heaney (the "Debtor") on the one hand and Dr. Kimberly Neutze Heaney ("Dr. Neutze-Heaney") on the other hand,

AND IT APPEARING THAT:

1.  Among the scheduled assets of the Debtor is improved residential real property known as 298 Henderson Road, Bel Air, MD 21014 (respectively, the "Property" and the Debtor's, the Estate's, and the Trustee's right, title, and interest in and to the Property along with any "incidental property" thereon (see <u>11 U.S.C. §</u>

Page **1** of **4**

101(27B)) collectively hereinafter, the "Heaney Property").

    2.    The Property is jointly owned by the Debtor and Dr. Neutze-Heaney as tenants in common.

    3.    Dr. Neutze-Heaney filed Proof of Claim No. 5 in this case in the amount of $110,500 (the "Claim") with the stated basis of the Claim, "Co-Tenant Contribution Claim."

    4.    The Debtor's claim of exemption in the Property has by prior Order of this Court [Dkt. 20] been fixed at $2,743.68.

    5.    The Trustee has agreed to convey the Heaney Property to Dr. Neutze-Heaney in exchange for (a) $35,000 and (b) a release of the Claim as against the Estate.

AND the Trustee having represented that in the exercise of his reasonable business judgment the compromise described in the Motion and set forth herein should be consummated, and for good cause shown –

NOW THEREFORE it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that:

    A.    Within ten (10) days following final entry of this Order Dr. Neutze Heaney shall pay, and the Trustee is authorized to accept, the sum of $35,000 in full and final payment for the Property.

    B.    Although entry of this Order alone shall transfer and convey the Property to Dr. Neutze Heaney free and clear of the interest of the Debtor, the Estate, and the Trustee, the Trustee is authorized to execute any document effecting or memorializing such transfer such as a no warranty, trustee's, or quitclaim deed in favor of Dr. Neutze Heaney.

    C.    Dr. Neutze Heaney shall be entitled to record a copy of this Order or a deed or other document executed by the Trustee to evidence the conveyance and transfer authorized herein in the Land Records of Harford

County and the Clerk of the Land Records for Harford County, Maryland shall accept said document for recordation among the Land Records of Harford County.

D. Dr. Neutze Heaney shall have no administrative, secured, priority, or unsecured claim against the Bankruptcy Estate and shall receive no any distribution from the Bankruptcy Estate. Upon entry of this Order, Proof of Claim No.: 5 shall be deemed withdrawn and of no force and effect.

E. At the time or before the Trustee makes a final distribution in this case he shall remit $2,743.68 to the Debtor is full and final payment and satisfaction of his interest in the Heaney Property.

F. The Trustee is authorized to take any and all other actions and execute any and all other documents necessary and appropriate to effectuate and consummate the terms of this compromise.

CONSENTED TO:

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@ZviGuttman.Com

**Counsel to the Trustee**

/s/ Thomas G. Harrison
Thomas G. Harrison (24015)
The Law Offices of Thomas G. Harrison P.C.
30 E. Pennsylvania Avenue, Rear Building
Bel Air, MD 21014
410-420-7888 office
410-836-7602 fax
tghpclaw@gmail.com

**Counsel to Dr. Neutze Heaney**

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.
/s/ Zvi Guttman

**Suggested Distribution List**

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Christopher T. Heaney
419 Denton Way
Abingdon, MD 21009

Thomas G. Harrison, Esq.
The Law Offices of Thomas G. Harrison P.C.
30 E. Pennsylvania Avenue, Rear Building
Bel Air, MD 21014

Eric S. Steiner, Esq.
Steiner Law Group, LLC
P.O. Box 17598
Pmb 83805
Baltimore, MD 21297

Dr. Kimberly Neutze Heaney
298 Henderson Road
Bel Air, MD 21014

**END OF ORDER**